IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP. f/k/a AMERITAS VARIABLE LIFE INSURANCE COMPANY and AMERITAS INVESTMENT CORP., | ) ) ) ) ) | Case No. 4:08-cv-3249 |
| Plaintiffs, | ) ) | **AMENDED PROGRESSION** |
| v. | ) ) | **ORDER** |
| MICHAEL A. GIST, and ARCH INSURANCE COMPANY, a MISSOURI CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

Defendant Arch Insurance Company's unopposed motion to amend the progression schedule, (filing no. 47), is granted, and the final progression order is amended as follows:

a. The jury trial of this case is continued and will commence before Judge Richard G. Kopf on December 6, 2010.

b. The pretrial conference will be held before the undersigned magistrate judge in her chambers on November 22, 2010 at 10:00 a.m.

c. Mandatory disclosures by defendant Arch Insurance Company shall be served or before February 19, 2010.

d. The deadlines for disclosure of experts and, unless otherwise agreed, the deadlines for the provision of expert reports are:

    By the plaintiffs:    May 19, 2010.
    By the defendants:    June 19, 2010.
    Plaintiffs' rebuttal expert:    July 19, 2010.

e. The discovery and deposition deadline is July 31, 2010.

    f.      The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is August 19, 2010.

DATED this 22nd day of January, 2010.

                                      BY THE COURT:

                                      s/ *Cheryl R. Zwart*
                                      Cheryl R. Zwart
                                      United States Magistrate Judge