IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP. f/k/a AMERITAS VARIABLE LIFE INSURANCE COMPANY and AMERITAS INVESTMENT CORP., | ) ) ) ) ) | Case No. 4:08-cv-3249 |
| Plaintiffs, v. MICHAEL A. GIST, and ARCH INSURANCE COMPANY, a MISSOURI CORPORATION, Defendant. | ) ) ) ) ) ) ) ) ) | **AMENDED PROGRESSION ORDER** |

The parties' motion to amend the progression schedule, (filing no. 56), is granted, and the final progression order is amended as follows:

a. The trial of this case will commence before Judge Richard G. Kopf on February 28, 2011. This case is subject to the prior trial of criminal cases set for that week, but is set as the <u>first</u> civil trial

b. The pretrial conference will be held before the undersigned magistrate judge on February 10, 2011 at 10:00 a.m. One-half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on February 9, 2011, and the draft order shall conform to the requirements of the local rules.

c. The deadlines for disclosure of experts and, unless otherwise agreed, the deadlines for the provision of expert reports are:

> For the plaintiffs: July 19, 2010.
> For the defendants: August 19, 2010.
> Plaintiffs' rebuttal: September 20, 2010.

d. The discovery and deposition deadline is continued to September 30, 2010.

e. Motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds shall be filed on or before October 19, 2010.

June 25, 2010                                         BY THE COURT:

                                                      s/ *Cheryl R. Zwart*
                                                      United States Magistrate Judge