IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP., and AMERITAS INVESTMENT CORP., | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3249 |
| v. | ) ) | |
| MICHAEL A. GIST, and ARCH INSURANCE COMPANY, a Missouri Corporation, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The unopposed motion to continue the case progression deadlines filed by defendant Arch Insurance Company, (filing no. 70), is granted. The final progression order is amended as follows:

    a. The deadlines for disclosure of experts and their reports are:

        (i)    By the Plaintiffs    September 17, 2010.
        (ii)   By the Defendants    October 18, 2010.
        (iii)  Plaintiffs' Rebuttal Expert    October 30, 2010.

    b. Discovery shall be completed by October 30, 2010.

    c. Dispositive motions, and any motions to exclude expert testimony on *Daubert* and related grounds shall be filed by November 18, 2010.

2) The pretrial conference and trial settings set forth in the court's previous order (filing no. 57), remain unchanged.

DATED this 7th day of September, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge